UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN HART, an individual<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　　　　　　　Defendant. | CASE NO. 23-cv-02016-TLT<br><br>(Assigned to Hon. Trina L. Thompson, Courtroom 9)<br><br>[~~PROPOSED~~] ORDER STIPULATION TO DISMISS (WITH PREJUDICE)<br><br>(Removed from Contra Costa Superior Court, small claims, MSC23-0137)<br><br>Complaint filed: March 28, 2023 |

**[~~PROPOSED~~] ORDER**

On the stipulation of the parties this matter is dismissed with prejudice. Each party to bear its own fees and costs.

　　　　IT IS SO ORDERED.

Dated: __October 30, 2023__　　　　　　__[signature]__

　　　　　　　　　　　　　　　　　　Hon. Trina L. Thompson.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101